UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARC STUDENTS FOR LIBERTY
CAMPAIGN, an unincorporated
association,

        Plaintiff,

   v.

LOS RIOS COMMUNITY COLLEGE
DISTRICT, BRICE W. HARRIS,
Chancellor, in his official
capacity; WILLIAM V. KARNS,
Vice Chancellor in his
capacity, and DOES 1-10,

        Defendants.

                            /

NO. CIV. S-09-2446 LKK/GGH

O R D E R

On October 9, 2009, plaintiff filed a motion for preliminary injunction. This motion is set for hearing on November 9, 2009 at 10:00 a.m. In this motion, plaintiff also requested the court to consolidate the hearing with trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2). Defendants oppose consolidation of the hearing with trial, and also request that the hearing be postponed until December 15, 2009.

The court orders that:

1

1. Plaintiff's motion for a preliminary injunction will not be consolidated with a trial on the merits.
2. Plaintiff's motion for a preliminary injunction will be heard on November 9, 2009 at 10:00 a.m.

IT IS SO ORDERED.

DATED: October 30, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2