UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARC STUDENTS FOR LIBERTY
CAMPAIGN, an unincorporated
association,

                                      NO. CIV. S-09-2446 LKK/GGH

        Plaintiff,

   v.

                                      O R D E R

LOS RIOS COMMUNITY COLLEGE
DISTRICT, BRICE W. HARRIS,
Chancellor, in his official
capacity; WILLIAM V. KARNS,
Vice Chancellor in his
capacity, and DOES1-10,

        Defendants.
_____/

    A status conference was held in chambers on November 23, 2009. After hearing, the court orders as follows:

    1.   A further status conference is set for December 3, 2009 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: November 24, 2009.

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT