UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARC STUDENTS FOR LIBERTY CAMPAIGN, an unincorporated association,

    Plaintiff,

  v.

LOS RIOS COMMUNITY COLLEGE DISTRICT, BRICE W. HARRIS, Chancellor, in his official capacity; WILLIAM V. KARNS, Vice Chancellor in his capacity, and DOES 1-10,

    Defendants.

_____/

NO. CIV. S-09-2446 LKK/GGH

O R D E R

This case concerns an election for a Student Trustee at Los Rios Community College. Due to perceived voting irregularities the community college district invalidated the election and appointed a Student Trustee. Plaintiff moved for a preliminary injunction to require the district to count the votes in the election and seat the student who obtained the most votes. On November 19, 2009, this court issued an order denying plaintiff's motion for a mandatory preliminary injunction. Doc. No. 19. This court held that (1) the

1

1 California Elections Code governs the election of the Student
2 Trustee; (2) this code appears to have been violated by defendants
3 in such a way to give rise to a violation of the Fourteenth
4 Amendment; and (3) there did not appear to be any remaining
5 disputes of fact. Nonetheless, because of the high burden to impose
6 a mandatory preliminary injunction, the court denied the motion.

7     Subsequently, the court held two status conferences. In these
8 conferences, the parties discussed the unique posture of this case
9 and the best means to resolve any remaining issues. During the
10 final conference, parties stipulated to the entry of the mandatory
11 preliminary injunction for purposes of judicial economy and to
12 allow more efficient review of the determinative legal questions.
13 Specifically, the parties have only stipulated to the issuance of
14 the mandatory injunction. All questions of law are reserved save
15 the especially difficult burden for a mandatory preliminary
16 injunction. The parties stipulate that according to the court's
17 resolution of questions of law in its November 19th order plaintiff
18 has met the standard for issuance of a prohibitory preliminary
19 injunction.

20     For these reasons, the court orders that a mandatory
21 preliminary injunction issue to count the votes for the election
22 for the Student Trustee and to seat the student who obtained the
23 most votes. The court stays enforcement of the preliminary
24 injunction during appeal to the Ninth Circuit.

25     IT IS SO ORDERED.

26     DATED: December 9, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT