UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARC STUDENTS FOR LIBERTY
CAMPAIGN, an unincorporated
association,

          NO. CIV. S-09-2446 LKK/GGH

    Plaintiff,

  v.

          O R D E R

LOS RIOS COMMUNITY COLLEGE
DISTRICT, BRICE W. HARRIS,
Chancellor, in his official
capacity; WILLIAM V. KARNS,
Vice Chancellor in his
capacity, and DOES 1-10,

    Defendants.
_____/

    Pending before the court in the above-captioned case is a motion to confirm federal jurisdiction (Dkt. No. 54). The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion, currently set for May 10, 2010, is VACATED.

    IT IS SO ORDERED.

    DATED: May 5, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1