UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARC STUDENTS FOR LIBERTY
CAMPAIGN, an unincorporated
association,

        Plaintiff,

    v.

LOS RIOS COMMUNITY COLLEGE
DISTRICT, BRICE W. HARRIS,
Chancellor, in his official
capacity; WILLIAM V. KARNS,
Vice Chancellor in his
capacity, and DOES 1-10,

        Defendants.
_____/

NO. CIV. S-09-2446 LKK/GGH

O R D E R

On May 18, 2010, defendants filed a request to amend the scheduling order in order to complete discovery. Dkt. No. 79. On May 20, 2010, plaintiff filed an opposition to this request. Dkt. No. 82.

On May 20, 2010, the court held an informal conversation with counsel concerning defendants' request. The parties agreed that plaintiff's counsel will instruct his clients to further search for the documents defendants seek. If they fail to locate the documents

1

at issue, plaintiff will inform defendants in the form of a declaration.

IT IS SO ORDERED.

DATED: May 25, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2