UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARC STUDENTS FOR LIBERTY
CAMPAIGN, an unincorporated
association,

        NO. CIV. S-09-2446 LKK/GGH

    Plaintiff,

  v.

        O R D E R

LOS RIOS COMMUNITY COLLEGE
DISTRICT, BRICE W. HARRIS,
Chancellor, in his official
capacity; WILLIAM V. KARNS,
Vice Chancellor in his
capacity, and DOES 1-10,

    Defendants.

_____/

    On May 25, 2010, the court ordered plaintiff's members to search for two documents that were mentioned during their depositions. If they were unable to locate the documents, they were to file a declaration or declarations concerning the search and their inability to find the documents.

    On June 8, 2010, plaintiff filed a declaration from plaintiff's counsel concerning the search efforts of two of plaintiff's members: Luke Otterstad and Yuriy Popko. This

1

1  declaration is insufficient. Plaintiff's counsel does not have
2  personal knowledge of the search efforts of Otterstad and Popko.
3  Accordingly, defendants have no assurances, under penalty of
4  perjury, that the individuals who searched for the documents did
5  so diligently and were unable to locate the documents at issue.
6      For the foregoing reasons, the court ORDERS plaintiff to file
7  declarations from Otterstad and Popko concerning their search
8  efforts within seven (7) days of the issuance of this order.
9  Plaintiff is reminded to comply with E.D. Cal. Local Rule 131(f)
10 when preparing the declarations.
11     IT IS SO ORDERED.
12     DATED: June 10, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2