```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

ARC STUDENTS FOR LIBERTY
CAMPAIGN, an unincorporated
association,

          NO. CIV. S-09-2446 LKK/GGH

    Plaintiff,

  v.

          O R D E R

LOS RIOS COMMUNITY COLLEGE
DISTRICT, BRICE W. HARRIS,
Chancellor, in his official
capacity; WILLIAM V. KARNS,
Vice Chancellor in his
capacity, and DOES 1-10,

    Defendants.

_____/

    On August 11, 2010, the court ordered plaintiff to file a motion for partial summary judgment as to remedy such that it shall be heard on September 27, 2010. On August 13, 2010, plaintiff filed a request to continue the hearing until the court's next law and motion calendar. No oppositions to this request have been filed.

    For the foregoing reasons, the court orders that plaintiff shall file its motion for summary judgment as to remedy such that

////

1  it shall be heard on October 12, 2010.
2       IT IS SO ORDERED.
3       DATED:  August 27, 2010.
4
5
6                            LAWRENCE K. KARLTON
                             SENIOR JUDGE
7                            UNITED STATES DISTRICT COURT

2