LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:     (925) 974-8600
Facsimile:     (925) 974-8601
lleone@stubbsleone.com
leedc@stubbsleone.com
albertsk@stubbsleone.com

Attorneys for Defendants
LOS RIOS COMMUNITY COLLEGE DISTRICT,
BRICE W. HARRIS and WILLIAM V. KARNS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC STUDENTS FOR LIBERTY CAMPAIGN, an unincorporated association,<br><br>                Plaintiff,<br><br>     vs.<br><br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT, BRICE W. HARRIS, Chancellor, in his official capacity; WILLIAM V. KARNS, Vice Chancellor in his capacity, and Does 1-10,<br><br>                Defendants. | **Case No.:   2:09-cv-02446-LKK-GGH**<br><br>**STIPULATION RE: EXTENSION TO FILE NOTICE OF APPEAL AND MOTION FOR ATTORNEY'S FEES AND ORDER** |

    The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

    WHEREAS, the parties have reached an agreement in principal subject to approval by the Los Rios Board of Trustees to settle this matter.

    WHEREAS, in consideration of the agreement in principal to settle this matter, the Los Rios Community College District Trustees will consider the settlement in closed session on or by

---

November 17, 2010.

WHEREAS, the parties agree that contingent on the approval of the Los Rios Community College District Board of Trustees, plaintiff's counsel's claims for fees and costs will be settled for $78,379.64.

WHEREAS, the parties agree to meet and confer regarding whether Luke Otterstad and Yuriy Popko will execute a release of all actual or potential claims against the Defendants arising out of the claims asserted in the complaint in this matter.

WHEREAS, to permit the Los Rios Community College District Trustees sufficient time to consider the proposed settlement, the parties hereby request that the Court extend the deadline for the Defendants to file their Notice of Appeal and the deadline for the Plaintiff's counsel to a motion to recover attorney's fees to December 17, 2010.

Dated:  October 28, 2010        **STUBBS & LEONE**

 /s/Claudia Leed_____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorney for Defendants
LOS RIOS COMMUNITY COLLEGE DISTRICT,
BRICE W. HARRIS and WILLIAM V. KARNS

Dated:  October 28, 2010        **Llewellyn † Spann**

 /s/David Llewellyn_____
DAVID LLEWELLYN, ESQ.
Attorneys for Plaintiff ARC STUDENTS FOR LIBERTY CAMPAIGN

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: October 29, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT